Robert SANDMAN; Paula Sandman,
Plaintiff–counter–claimant–
Appellants,

v.

MOUNTAIN WEST FARM BUREAU
MUTUAL INSURANCE COMPANY,
Defendant-counter-claimant—Appel-
lee.

No. 02–35669.
D.C. No. CV–01–00036–DWM.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 8, 2003.*

Decided Oct. 14, 2003.

Before D.W. NELSON, KOZINSKI,
and McKEOWN, Circuit Judges.

MEMORANDUM **

Robert and Paula Sandman, Montana
homeowners, sued Mountain West Farm
Bureau Mutual Insurance Co. for indemni-
fication under their property insurance
policy. The Sandmans sought recovery of
the costs of moving their home to a stable
location after suffering structural damages
from the shifting of the land under and
around their home. Their insurance policy
excluded coverage of loss due to "earth
movement." The district court granted
summary judgment to Mountain West and
the Sandmans now appeal.

The Sandmans' claim centers around
their characterization of the cause of dam-
age to the property as a "loss of stability"
rather than "earth movement." Because
this distinction is without legal signifi-
cance, and because the Sandmans have
raised "no genuine issue as to any material
fact," Fed.R.Civ.P. 56(c), the district
court's judgment is

AFFIRMED.

* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.